

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

May 13, 2019

CONFORMED COPY
ORIGINAL FILED
Superior Court Of California
County Of

MAY 22 2019
~~MAY 16 2019~~

Sherri R. Carter, Executive Officer/Clerk
By: Kathy Morales, Deputy

Los Angeles County Superior Court
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number: _____2:19-cv-04064-PA-AFM_____
    Previously Superior Court Case No. _____18CHUD01658_____
    Case Name: _____Kevin Nee et al v. Lina Maria Serrano et al_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____5/20/2019_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012



Respectfully,

Clerk, U.S. District Court

By: _/s/ Margo Mead_
    Deputy Clerk
    margo_mead@cacd.uscourts.gov

Encls.
cc: Counsel of record

---

Receipt is acknowledged of the documents described above.

Date _____MAY 22 2019 / ~~MAY 16 2019~~_____

Clerk, Superior Court

By: _____Sherri R. Carter_____
    Deputy Clerk

---

CV-103 (05/18)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)